# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF GARRETT JOSEPH
CLAYBOURN

NO.   2025 CW 0426-R

**JANUARY 13, 2026**

---

In Re:    Maria A. Finley, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          P109268.

---

**BEFORE:    McCLENDON, C.J., MILLER AND STROMBERG, JJ.**

**WRIT DENIED.**

SMM

TPS

**McClendon, C.J.**, dissents.   I find that under the unique facts
presented, Finley's motion minimally sets forth allegations that
would require the appointment of an *ad hoc* judge to hear the motion
to recuse pursuant to LSA-C.C.P. art. 154(B).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT